UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULKADIR HASSAN RAGE et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UR MENDOZA JADDOU et al.,<br><br>Defendants. | CASE NO. 2:22-cv-00774-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On February 1, 2023, the Parties filed a stipulated notice to extend Defendant's deadline to respond to the Complaint. Dkt. No. 21. This is the fifth extension of the response deadline filed by stipulation of the Parties. *See also* Dkt. Nos. 12, 16, 18, 20. Pursuant to section II(G) of Judge Lin's Standing Order, "[a] date may not be automatically extended or otherwise modified pursuant to this Section more than twice."

(2) In accordance with the Court's standing order, the Parties are ORDERED to refile their request for extension as a stipulated motion, setting out good cause for the continued delay (*see* Fed. R. Civ. P. 16(b)(4)), and addressing what, if any, impact the requested extension will have on the case management deadlines previously set by the Court (*see* Dkt. No. 17).

Dated this 22nd day of February 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk
