District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULKADIR HASSAN RAGE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UR MENDOZA JADDOU, *et al.*, <br><br> Defendants. | No. 2:22-cv-774-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration on: <br> February 27, 2023 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 1, 2023. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of Plaintiffs' 1-730 follow-to-join refugee petitions. There is good cause for the requested stay as the parties believe that this case may be resolved, and thereafter, dismissed

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION AND [PROPOSED] ORDER - 1
(22-cv-774-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The four children ("Beneficiaries") of Plaintiff Rage await a travel date to be set for their travel to the United States. Although previously scheduled in January, the Beneficiaries did not travel because fingerprinting was required. Furthermore, the eldest Beneficiary has recently received the necessary identification from the Kenyan government. The United Nation's International Organization for Migration will arrange travel and has informed Plaintiffs that it will provide a travel update on or about March 8, 2023. Once the Beneficiaries travel to the United States, Plaintiffs will dismiss this case with prejudice.

The parties do not anticipate that the requested stay will significantly impact the Order Setting Bench Trial Date and Related Dates. Dkt. No. 17. Although the Order set deadlines for expert testimony and the administrative record prior to May 1, 2023, the parties agree that this case may be resolved without the need for either.

Accordingly, the parties jointly stipulate and request that the Court stay these proceedings until May 1, 2023, to allow for the Beneficiaries to travel to the United States. The parties will submit a joint status report a stipulated motion for dismissal or a joint status report on or before May 1, 2023.

STIPULATED MOTION AND [PROPOSED] ORDER - 2
(22-cv-774-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: February 27, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 *s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*


*s/Meena Pallipamu Menter*
MEENA PALLIPAMU MENTER
WSBA #31870
Meena Pallipamu Immigration Law PLLC
4444 Woodland Park Ave. N., Ste. 203
Seattle, Washington 98103
Phone: 206-419-7332
Email:  meena@meenaimmigrationlaw.com
*Attorney for Plaintiffs*

STIPULATED MOTION AND [PROPOSED] ORDER  - 3
 (22-cv-774-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. This case shall be held in abeyance until May 1, 2023. The parties shall file a stipulated motion for dismissal or a joint status report on or before May 1, 2023.

DATED this 2nd day of March 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER - 4
(22-cv-774-TL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970