District Judge Tana Lin

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| ABDULKADIR HASSAN RAGE, *et al.*, | No. 2:22-cv-774-TL |
| --- | --- |
| Plaintiffs, | STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER |
| v. | Noted for Consideration on: April 25, 2023 |
| UR MENDOZA JADDOU, *et al.*, | |
| Defendants. | |

10
11
12
13
14
15
16
17

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants jointly stipulate to dismiss this case.  Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to complete processing of Plaintiffs' 1-730 follow-to-join refugee petitions.  Plaintiffs' Form I-730s have been approved and they have arrived in the United States.  Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

18
19
20
21
22
23
24
25
26
27

Dated: April 25, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  206-428-3824
Email:  michelle.lambert@usdoj.gov
*Attorneys for Defendants*


s/Meena Pallipamu Menter
MEENA PALLIPAMU MENTER
WSBA #31870
Meena Pallipamu Immigration Law PLLC
4444 Woodland Park Ave. N., Ste. 203
Seattle, Washington 98103
Phone: 206-419-7332
Email:  meena@meenaimmigrationlaw.com
*Attorney for Plaintiffs*

1

2                                    **[PROPOSED]** **ORDER**

3          The parties having stipulated and agreed, the case is dismissed without prejudice with all

4    parties to bear their own costs and attorneys' fees.  It is so **ORDERED**.

5

6          DATED this 26th day of April 2023.

7

8

9                                            _____
                                             Tana Lin
10                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27